## SP PLUS CORPORATION,
### Plaintiff-Appellee

### v.

## IPT, LLC, DBA Paylock,
### Defendant-Appellant

### 2017-1539

United States Court of Appeals, Federal Circuit.

December 19, 2017

Christopher Kent Ralston, Attorney, Lindsay Calhoun, Arthur R. Kraatz, Phelps Dunbar LLP, New Orleans, LA, for Plaintiff-Appellee

Scott D. Stimpson, Attorney, Katherine M. Lieb, Esq., Attorney, Tod M. Melgar, Attorney, Sills Cummis & Gross P.C., New York, NY, for Defendant-Appellant

Before Prost, Chief Judge, Newman and Stoll, Circuit Judges.

## ORDER

Per Curiam.

IT IS ORDERED THAT:

In light of the affirmance in Appeal No. 2017-2151, this case is dismissed as moot.